The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.





Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) CHAPTER 13 |
| WILLIAM LEE ROSS & GALE | ) |
| ELIZABETH ROSS, | ) CASE NO. 09-61223 |
| | ) |
| | ) JUDGE RUSS KENDIG |
| Debtors. | ) |
| | ) **MEMORANDUM OF OPINION** |
| | ) **(NOT FOR PUBLICATION)** |
| | ) |

The court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b) and the general order of reference entered in this district on July 16, 1984. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (O).

This opinion is not intended for publication or citation. The availability of this opinion, in electronic or printed form, is not the result of a direct submission by the Court.

On June 2, 2011, Donald M. Miller, debtors' attorney, ("Miller") filed an application for attorney fees. On June 10, 2011, the chapter 13 trustee Toby L. Rosen ("trustee") filed a response. The response states that the proposed attorney fees exceed the court's "no look" amount pursuant to Administrative Order 08-05.

A hearing on the application was held on July 6, 2011. At hearing, Miller explained that work outside the scope of services included in the "no look" fee was required because debtors' schedules did not initially list a vehicle used by their son, who lives in Las Vegas. The court stated that it would review the application and grant additional fees to the extent that additional

work was performed with regard to the vehicle.

The court has reviewed the application and finds that the additional services performed fall outside the scope of the "no look" fee and that the additional compensation requested is reasonable. Accordingly, the trustee's objection in overruled and the application for compensation is granted.

An order will issue with this opinion.

\#   \#   \#

Service List:

William Lee Ross
1510 Edwards Ave NE
Canton, OH 44705-1910

Gale Elizabeth Ross
1510 Edwards Ave NE
Canton, OH 44705-1910

Toby L Rosen
400 W Tuscarawas St
Charter One Bank Bldg
4th Floor
Canton, OH 44702

Donald M Miller
1400 Market Ave N
Canton, OH 44714-2608